CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director
SHEREASE PRATT (NY Bar No. 2620912)
Trial Attorney
    United States Department of Justice
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-0063
    Facsimile: (202) 616-8962
    Email: sherease.pratt@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Pauline Antoine El Deeb, | |
|     Plaintiff, | **CASE NO. 2:16-cv-08416-BRO-MRW** |
| v. | **CONSENT JUDGMENT FOR DENIAL OF NATURALIZATION** |
| Susan Curda, Director of Los Angeles District Office, U.S. Citizenship and Immigration Services, | Hon. Beverly Reid O'Connell |
|     Defendant. | |

Plaintiff Pauline Antoine El Deeb ("Plaintiff") and Defendant Susan Curda, Director, Los Angeles District Office, United States Citizenship and Immigration Services ("USCIS") (together, the "Parties") accept as true the allegations contained in USCIS's April 20, 2016, decision ("USCIS's Decision") denying El Deeb's Form N-400, Application for Naturalization. The parties accordingly have entered into a Settlement Agreement ("Agreement") that resolves this matter. *See* Ex. A – Settlement Agreement. Based on this Agreement, and because there is no genuine issue as to any material fact, the Parties:

(i) consent to an Order ("Order") that denies El Deeb's application for naturalization under 8 U.S.C. § 1427(a)(1) and (a)(3), and 8 U.S.C. § 1429 [Immigration and Nationality Act ("INA") sections 316(a)(1) and (a)(3) and 318], based on lack of lawful admission and lack of good moral character;

(ii) consent to the issuance of a Notice to Appear for Ms. El Deeb under 8 U.S.C. § 1182(a)(6)(c)(i) [INA section 212(a)(6)(c)(i)], for fraud and willful misrepresentation, thereby initiating proceedings to remove Ms. El Deeb from the United States.

Upon entry of this consent judgment, USCIS will execute a Notice to Appear to be filed by the Department of Homeland Security ("DHS") with the Executive Office for Immigration Review, by which El Deeb stipulates to the

2

charges presented against her in the Notice to Appear: 8 U.S.C. § 1227(a)(1)(A) [INA § 237(a)(1)(A)] and 8 U.S.C. § 1182(a)(6)(C)(i) [INA 212(a)(6)(C)(i)]; *i.e.*, that Ms. El Deeb was inadmissible when she obtained her conditional Lawful Permanent Resident status and at the time the conditions were removed because she sought to procure, and/or had procured, a visa or other immigration benefit by fraud or by willfully misrepresenting material facts.

El Deeb retains the right to an immigration hearing before an immigration judge, and retains any right she might otherwise have to apply for asylum, withholding of removal, protection under the Convention Against Torture, and/or any other form of relief from removal, which the immigration judge may grant or deny in accordance with the applicable provisions of the Immigration and Nationality Act. El Deeb agrees to provide notice to the DHS of any change of address within five (5) business days and understands that she may be required to report to the DHS periodically, or may be visited by DHS periodically, during any period in which she is not detained.

El Deeb is represented by legal counsel in this case who has explained her rights and responsibilities to her as contained in this consent judgment. El Deeb agrees to the denial of her United States citizenship freely, knowingly, voluntarily, without duress or compulsion of any kind from USCIS or any other individual or entity, and with full knowledge of the consequences.

The Parties waive all rights to seek judicial review or otherwise contest the validity of the Order, and El Deeb waives any right that may arise under the Equal Access to Justice Act, 28 U.S.C. § 2412. Each Party will bear its own costs and fees incurred in this action.

The Parties agree that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of the Order.

Dated: ~~July~~ August 3, 2017

| FOR Pauline Antoine El Deeb: | FOR Defendant: |
|---|---|
| [signature] | CHAD A. READLER |
| PAULINE ANTOINE EL DEEB | Acting Assistant Attorney General |
| *Plaintiff* | WILLIAM C. PEACHEY |
|  | Director |
|  | GISELA A. WESTWATER |
|  | Assistant Director |
| [signature] | /s/ Sherease Pratt |
| ~~David M. Sturman~~ Law Offices | SHEREASE PRATT |
| ~~16530~~ Ventura Boulevard Suite 412 | Senior Litigation Counsel |
| Encino, CA 91436 | United States Department of Justice |
| Telephone: (818) 907-0777 | Civil Division |
| Facsimile: (818) 907-0039 | Office of Immigration Litigation-DCS |
| Email: david@davidsturman.com | P.O. Box 868, Ben Franklin Station |
| *Attorney for Plaintiff* | Washington, DC 20044 |
|  | Telephone: (202) 616-0063 |
|  | Facsimile: (202) 616-8962 |
|  | E-mail: sherease.pratt@usdoj.gov |
|  | *Attorneys for Defendant* |

**SO ORDERED:**

August 22, 2017

[signature]

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing Consent Judgment for Denial of Naturalization with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to the same to the following attorneys of record:

David M. Sturman Law Offices
16530 Ventura Boulevard Suite 412
Encino, CA 91436
Telephone: (818) 907-0777
Facsimile: (818) 907-0039
Email: david@davidsturman.com

                                          /s/ Sherease Pratt
                                          SHEREASE PRATT
                                          Senior Litigation Counsel
                                          United States Department of Justice